IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR163** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JEFFREY LEISURE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The government has filed a motion for reduction of sentence pursuant to Federal Rule of Criminal Procedure 35(b) (Filing No.112).

IT IS ORDERED:

1.     Counsel for the Defendant shall contact Ed Champion at 402-661-7377 after consulting with the Defendant to see if they waive their appearance at the hearing, will participate by telephone, at a number counsel will provide, or will attend the hearing in person;

2.     Counsel for the Defendant, if previously appointed pursuant to the Criminal Justice Act ("CJA"), is reappointed to represent the Defendant for purposes of the Rule 35(b) motion. If retained, counsel for the Defendant remains as counsel for the Defendant until the Rule 35(b) motion is resolved or until counsel is given leave to withdraw;

3.     The Federal Public Defender shall provide CJA counsel with a new voucher;

4.     The Clerk of the Court shall provide a copy of this order to counsel for the government, counsel for the Defendant, and the Federal Public Defender.

DATED this 15th day of June, 2005.

BY THE COURT:

 s/ Laurie Smith Camp
United States District Judge