## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:03CR163 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JEFFREY SCOTT LEISURE, | ) | |
| Defendant. | ) | |

This matter is before the Court on its own motion regarding a potential reduction in sentence pursuant to crack cocaine Amendment 706. Defense counsel has entered an appearance. (Filing No. 149.) The Probation Office has prepared a sentencing reduction worksheet.

IT IS ORDERED:

1. Defense counsel must file a motion, and counsel for both parties must submit either simultaneous briefs or a joint stipulation within thirty (30) days from the date of this order, regarding the Defendant's potential reduction in sentence pursuant to crack cocaine Amendment 706;

2. If the Probation Office has not already submitted a worksheet to defense counsel of record, one must immediately be submitted; and

3. The Clerk is directed to e-mail a copy of this Order to the U.S. Probation Office.

DATED this 12th day of June, 2008.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge